JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE DIAZ,<br><br>    Petitioner,<br>vs.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | Case No. CV 13-06202-SJO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 2, 2016

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1